In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-24-00149-CR

_____

JAMARIOUS OSHAE GERAL, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 128th District Court
Orange County, Texas
Trial Cause No. A230007-R

## MEMORANDUM OPINION

A jury found Appellant Jamarious Oshae Geral guilty of the first-degree felony offense of aggravated robbery. *See* Tex. Penal Code Ann. § 29.03. The jury assessed Geral's punishment at seven years of imprisonment.

On appeal, Geral's appellate counsel filed an *Anders* brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex.

Crim. App. 1978). On September 30, 2024, we granted an extension of time for Geral to file a pro se brief, and Geral filed no response.

Upon receiving an *Anders* brief, this Court must conduct a full examination of all the proceedings to determine whether the appeal is wholly frivolous. *Penson v. Ohio*, 488 U.S. 75, 80 (1988) (citing *Anders*, 386 U.S. at 744). We have reviewed the entire record and counsel's brief, and we have found nothing that would arguably support the appeal. *Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005) ("Due to the nature of *Anders* briefs, by indicating in the opinion that it considered the issues raised in the briefs and reviewed the record for reversible error but found none, the court of appeals met the requirements of Texas Rule of Appellate Procedure 47.1."). Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

JAY WRIGHT
Justice

Submitted on January 8, 2025
Opinion Delivered January 22, 2025
Do Not Publish

Before Golemon, C.J., Johnson and Wright, JJ.

---

[1] Geral may challenge our decision in this case by filing a petition of discretionary review with the Texas Court of Criminal Appeals. *See* Tex. R. App. P. 68.